UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN LEE HUDSON,

        Petitioner,

                                Case No. 1:07-cv-1155

v.

                                HONORABLE PAUL L. MALONEY

DEBRA SCUTT,

        Respondent,

_____/

## **JUDGMENT**

       Having issued an order adopting a report and recommendation and denying the petition

for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor

of respondent and against the petitioner.


Date:  July 23, 2012                       /s/ Paul L. Maloney_____
                                            Paul L. Maloney
                                          Chief United States District